[No. 41765-7-I.     Division One.     April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.G.C.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-05898-0, Sharon S. Armstrong, J., entered December 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41791-6-I.     Division One.     April 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANDROS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00706-7, Charles S. French, J., entered November 7, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Grosse, JJ.

[No. 41944-7-I.     Division One.     April 12, 1999.]

*In the Matter of the Marriage of* RICHARD I. KARON, *Appellant*, and MARILYN A. KARON, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 94-3-05048-1, Alan R. Hancock, J., entered December 15, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 42018-6-I.     Division One.     April 12, 1999.]

ODD-BJORN HUSE, ET AL., *Appellants*, v. NORWAY SEAFOODS ASA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-09936-6, Robert S. Lasnik, J., entered December 22, 1997. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Grosse and Cox, JJ.